IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                          NO. 4:14CR58-1-JLH

DR. ROBERT BARROW                                                     DEFENDANT

## ORDER

Defendant Dr. Robert Barrow appeared for plea and arraignment on December 30, 2014. Defendant remains on the current standard conditions of release previously imposed, and no additional conditions are necessary. Supervision by the pretrial services office is not required.

IT IS SO ORDERED, this 31st day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE