# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                          PLAINTIFF

v.                                            NO. 4:14CR00058-01 JLH

ROBERT BARROW                                                                                                     DEFENDANT

## ORDER

The joint motion to amend the judgment is GRANTED. Document #109. Page 5 of the judgment is hereby amended to add the following provision: the amount owed by Robert Barrow as restitution to Center for Medicare & Medicaid Services (CMS) and Blue Cross/Blue Shield will be reduced by the amounts paid by Billy Marc Young as restitution to Center for Medicaid and Medicare Services (CMS) and Health Advantage in *United States v. Billy Marc Young*, No. 4:14CR00056-DPM.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 3rd day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE